No. 83–1290. MOBIL OIL CORP. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 83–6321. KING *v.* WILLIAMS INDUSTRIES, INC., ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 83–1297. UNITED STATES *v.* DAHLSTROM ET AL. C. A. 9th Cir. Motions of respondents Gaze Durst and Hiram E. Conley for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 83–1544. SIEBERT ET AL. *v.* CONSERVATIVE PARTY OF NEW YORK STATE ET AL. C. A. 2d Cir. Motion of Center for Responsive Politics for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 83–1561. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF VAN HORNE ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.